**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| CAROLE L. SCHEIB, | : | No. 209 WAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| THE BANK OF NY MELLON, N.A. F/K/A | : | |
| MELLON BANK N.A. | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.